1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DANE R. GILLETTE
   Chief Assistant Attorney General
3  GERALD A. ENGLER
   Senior Assistant Attorney General
4  PEGGY S. RUFFRA
   Supervising Deputy Attorney General
5  MICHELE J. SWANSON, State Bar No. 191193
   Deputy Attorney General
6    455 Golden Gate Avenue, Suite 11000
     San Francisco, CA  94102-7004
7    Telephone: (415) 703-5703
     Fax: (415) 703-1234
8    Email: Michele.Swanson@doj.ca.gov

9  Attorneys for Respondent

10

11             IN THE UNITED STATES DISTRICT COURT

12             FOR THE NORTHERN DISTRICT OF CALIFORNIA

13                    SAN FRANCISCO DIVISION

14

**MALIK ALI MUHAMMAD,**                     C 07-3627 MMC (PR)

15                              Petitioner,

16                                          **APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO PETITION FOR WRIT OF HABEAS CORPUS**

    v.

17

**DERRAL ADAMS, Warden,**

18

                                Respondent.

19

20

21         Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6, respondent hereby requests a 60-

22  day extension of time, until March 24, 2008, in which to file a response to the petition for writ of

23  habeas corpus. Good cause for the extension is set forth in the accompanying declaration of

24  counsel. We have not attempted to contact petitioner about this extension of time because he is

25  an incarcerated state prisoner who is representing himself.

26         WHEREFORE, respondent respectfully requests that this Court grant an extension of

27  time to and including March 24, 2008, in which to file an answer or other responsive pleading.

28  ///

1 | Dated: January 22, 2008

2 | Respectfully submitted,

3 | EDMUND G. BROWN JR.
Attorney General of the State of California

4 | DANE R. GILLETTE
Chief Assistant Attorney General

5 | GERALD A. ENGLER
Senior Assistant Attorney General

6 | PEGGY S. RUFFRA
Supervising Deputy Attorney General

/s/ Michele J. Swanson
MICHELE J. SWANSON
Deputy Attorney General
Attorneys for Respondent

40208841.wpd
SF2007402888