EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
MICHELE J. SWANSON, State Bar No. 191193
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5703
 Fax:  (415) 703-1234
 Email:  Michele.Swanson@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **MALIK ALI MUHAMMAD,**<br><br>         Petitioner,<br><br>  v.<br><br>**DERRAL ADAMS, Warden,**<br><br>         Respondent. | C 07-3627 MMC (PR)<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE** |

  I, MICHELE J. SWANSON, declare under penalty of perjury as follows:

  I am a Deputy Attorney General for the State of California and am assigned to represent respondent in this case.  Respondent's answer or other responsive pleading is due January 22, 2008, pursuant to this Court's October 23, 2007 order to show cause.  I am unable to meet this deadline, and request an extension of time to file a response to the petition for the following reasons.

  I was not the attorney who handled this case on direct appeal.  Since having this case assigned to me, I have been working on cases with chronological precedence, and in the past 30

1  days I have filed motions to dismiss in *Givens v. Warden* (C 07-1448 MJJ (PR)), *McCarthy v.*
2  *Clay* (C 07-3933 PJH (PR)), *Kahute v. Contra Costa Superior Court* (C 07-0142 RMW (PR)),
3  *Lopez v. Lamarque* (C 04-01877 JW (PR)), and *Pacheco v. Horel* ( 06-06540 JW (PR)), and a
4  reply in *Givens v. Warden* (C 07-1448 MJJ (PR)).  I have also recently completed an answer in
5  *Walker v. Scribner* (C 07-4199 MJJ (PR)).  The orders to show cause in all of the above cases
6  were issued before the order to show cause in this case.  For these reasons, I need additional time
7  to complete the response in this case.
8      I have not attempted to contact petitioner about this extension of time because he is an
9  incarcerated state prisoner who is representing himself.
10     Accordingly, I request that the Court grant respondent an extension of 60 days, to and
11 including March 24, 2008, in which to file a response to the petition.
12     I declare under penalty of perjury that the foregoing is true and correct.
13     Executed at San Francisco, California, on January 22, 2008.

/s/ Michele J. Swanson
MICHELE J. SWANSON
Deputy Attorney General

Decl. of Counsel in Support of App. for Ext. of Time to File Response         Muhammad v. Adams, Warden
                                                                                     C 07-3627 MMC (PR)
2