FILED

JAN 31 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MALIK ALI MUHAMMAD,<br><br>Petitioner,<br><br>v.<br><br>DERRAL ADAMS, Warden,<br><br>Respondent. | C 07-3627 MMC (PR)<br><br>[PROPOSED] ORDER |

GOOD CAUSE APPEARING, it is hereby ordered that respondent shall file with this Court and serve upon petitioner, on or before **March 24, 2008**, an answer or other responsive pleading to the petition for writ of habeas corpus. If respondent files an answer and petitioner wishes to respond, he shall do so by filing a traverse with the Court and serving it on respondent within 30 days of his receipt of the answer. If respondent files a motion to dismiss and petitioner wishes to respond, he shall do so by filing an opposition or statement of non-opposition with the Court and serving it on respondent within 30 days of his receipt of the motion. If respondent wishes to reply to the opposition, he shall do so by filing a reply with the Court and serving it on petitioner within 15 days of his receipt of the opposition.

IT IS SO ORDERED.

Dated: JAN 3 0 2008

The Honorable Maxine M. Chesney

[Proposed] Order

Muhammad v. Adams, Warden
Case No. C 07-3627 MMC (PR)

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MALIK ALI MUHAMMAD,　　　　　　　　　　Case Number: CV07-03627 MMC

　　　　Plaintiff,　　　　　　　　　　　　　　**CERTIFICATE OF SERVICE**

v.

DERRAL ADAMS et al,

　　　　Defendant.
_____/

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 30, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Malik Ali Muhammad
C.S.P.
V-37398
P.O. Box 3471 3-C-GYM 151 LOW
Corcoran, CA 93212-3471

Dated: January 30, 2008

　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　*Tracy Lucero*

　　　　　　　　　　　　　　　　　　　　　By: Tracy Lucero, Deputy Clerk