February 19, 2008

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA. 94102



ATTN: The Honorable Maxine M. Chesney

RE: Case No. C 07-3627 MMC (PR)

Please be advised that I am the petitioner in the above-entitled action and I am submitting this correspondence to serve as notice of the following change of address.

Present Address:

    CSATF/SP
    Malik Ali Muhammad, V-37398
    Facility A, Building 1 /220bL
    P.O. Box 5248
    Corcoran, CA. 93212

Sincerely,

Malik Ali Muhammad

cc: Office of the Attorney General - State of California

SATF/SP
MALIK ALI MUHAMMAD V-37358
FACILITY A, BUILDING 1/220 6L
P.O. BOX 5248
CORCORAN, CA. 93212

LEGAL MAIL - CONFIDENTIAL

3410243661

BAKERSFIELD CA 933
MOJAVE CA
19 FEB 2008 PM 1 L

"LET US DARE TO
THINK, SPEAK
John Adams, 1
powerofthei

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102