MALIK ALI MUHAMMAD, V-37398
CSP, CSATF
P.O. BOX 5248
CORCORAN, CA. 93212

PETITIONER, PRO SE

FILED
08 FEB 27 PM 1:29
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIK ALI MUHAMMAD,
PETITIONER,

VS.

DERRAL ADAMS,
RESPONDENT.

NO C 07-3627 MMC (PR)

MOTION AND DECLARATION FOR APPOINTMENT OF COUNSEL

TO THE HONORABLE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:

PETITIONER, MALIK ALI MUHAMMAD, HEREBY MOVES FOR AN ORDER APPOINTING COUNSEL TO REPRESENT HIM IN THIS PROCEEDING, PURSUANT TO THE PROVISIONS OF 18 U.S.C. § 3006A (a)(2)(B), THIS COURT'S CRIMINAL JUSTICE ACT PLAN, GENERAL ORDER 2, PART I-A, AND THE FOURTEENTH AMENDMENT OF THE UNITED STATES

CONSTITUTION. PETITIONER REQUIRES THE ASSISTANCE OF LEGAL COUNSEL TO COLLECT EVIDENCE (i.e. TRANSCRIPTS, DOCUMENTS, ETC.) AND TO ANALYZE AND PRESENT THE MULTIPLE COMPLEX ISSUES THAT ARE SET FORTH WITHIN THE ACCOMPANYING PETITION.

BACKGROUND

PETITIONER IS A PRISONER AT THE CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY AND STATE PRISON IN CORCORAN, CALIFORNIA. AS ALLEGED WITHIN THE ACCOMPANYING PETITION FOR WRIT OF HABEAS CORPUS, PETITIONER IS BEING HELD IN VIOLATION OF RIGHTS GUARANTEED TO HIM PURSUANT TO THE 1ST, 5TH, 6TH AND 14TH AMENDMENTS TO THE UNITED STATES CONSTITUTION; NUMEROUS ADDITIONAL U.S. CONSTITUTIONAL PROVISIONS AND A FAILURE TO RECEIVE EFFECTIVE ASSISTANCE OF APPELLATE COUNSEL.

PETITIONER ALLEGES THAT HE POSSESSES MINIMAL TRAINING AND EXPERIENCE TO ASSIST HIM IN THE COMPREHENSION AND PRESENTATION OF THE COMPLEX CONSTITUTIONAL ISSUES THAT ARE PRESENT IN THIS MATTER AND IS UNABLE TO ADEQUATELY REPRESENT HIS OWN INTEREST OR PROVIDE PROPER ASSISTANCE TO THE COURT.

PETITIONER FURTHER ALLEGES THAT HE IS UNABLE TO

RETAIN COUNSEL AS HE HAS BEEN INCARCERATED SINCE FEBRUARY 23, 2004 AND HAS NO INCOME AND MINIMAL ASSETS.

THEREFORE, PETITIONER RESPECTFULLY REQUEST THAT THIS COURT APPOINT COUNSEL ON THE GROUNDS THAT JUSTICE AND DUE PROCESS SO REQUIRE.

POINTS AND AUTHORITIES

PURSUANT TO 18 U.S.C. § 3006A (a) (2)(b) AND THIS COURT'S CRIMINAL JUSTICE PLAN, PART I-A, THE COURT SHOULD APPOINT COUNSEL TO REPRESENT AN INDIGENT PRISONER APPLYING FOR HABEAS CORPUS RELIEF, EVEN PRIOR TO ANY DETERMINATION REGARDING AN EVIDENTIARY HEARING, "IF THE INTEREST OF JUSTICE REQUIRE...." WEYGANDT v LOOK, 718 F.2d 952, 954 (9TH CIR, 1983). MOREOVER, APPOINTMENT OF COUNSEL IS REQUIRED "WHEN THE COMPLEXITIES OF THE CASE ARE SUCH THAT DENIAL OF COUNSEL WOULD AMOUNT TO A DENIAL OF DUE PROCESS." BROWN v UNITED STATES, 623 F. 2d 54, 61 (9TH CIR. 1980)

"IN DECIDING WHETHER TO APPOINT COUNSEL IN A HABEAS PROCEEDING, THE DISTRICT COURT MUST EVALUATE THE LIKELIHOOD OF SUCCESS ON THE MERITS AS WELL AS THE ABILITY OF THE PETITIONER TO ARTICULATE HIS CLAIMS PRO SE IN LIGHT OF THE COMPLEXITY OF THE

LEGAL ISSUES INVOLVED." WEYGANDT v LOOK, SUPRA, 718 F. 2d AT 952, CITATION OMITTED. THE INITIAL EVALUATION OF PETITIONER'S CLAIMS SHOULD BE DIRECTED MERELY TOWARD DETERMINING WHETHER THEY ARE "NON-FRIVOLOUS". REESE v ARMONTROUT, 902 F. 2d 701, 702 (8TH CIR. 1990). THE COURT SHOULD THEN CONSIDER THE CLAIMS IN LIGHT OF THE PETITIONER'S CIRCUMSTANCES IN DETERMING "WHETHER THE NATURE OF THE LITIGATION WILL MAKE THE APPOINTMENT OF COUNSEL OF BENEFIT TO THE LITIGANT AND THE COURT. [CITATION]" IBID.

BASED UPON THE ABOVE STATED STANDARDS, APPOINTMENT OF COUNSEL IS APPROPRIATE AND NECESSARY IN THE PRESENT MATTER. (SEE ATTACHED DECLARATION)

FIRST, IT MUST BE NOTED THAT AN ORDER TO SHOW CAUSE IN THE ABOVE-ENTITLED MATTER WAS ISSUED IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA BY THE HONORABLE MAXINE M. CHESNEY, UNITED STATES DISTRICT JUDGE ON OCTOBER 23, 2007.

SECONDLY, ON FEBRUARY 22, 2008, PETITIONER RECEIVED (ACTUAL) SERVICE OF RESPONDENT'S MOTION TO DISMISS PETITION, AS PROCEDURALLY UNTIMELY. THEREFORE, IN ADDITION TO THE EIGHT COMPLEX CONSTITUTIONAL ISSUES OF FEDERAL CONSTITUTIONAL LAW THAT ARE SET FORTH WITHIN THE PETITION, PETITIONER MUST

ALSO RESPOND TO THE RESPONDENT'S MOTION TO DISMISS THAT IS BASED UPON COMPLICATED PROCEDURAL MANDATES.

FURTHERMORE, THE NEED AND THE COMPLEXITY OF THE ISSUES TAKE ON PARTICULAR SIGNIFICANCE, GIVEN PETITIONER'S CURRENT SENTENCE OF TEN (10) YEARS IMPRISONMENT WHICH IS PREDICATED UPON THE CONVICTION TO BE CONSIDERED IN THIS MATTER. Hitchcock v. Eyman, 418 F. 2d 1245, 1246 (8TH CIR. 1969)

UNDER THE CIRCUMSTANCES, IT WOULD BE FUNDAMENTALLY UNFAIR FOR THIS PROCEEDING TO CONTINUE IN THE ABSENCE OF REPRESENTATION BY COURT-APPOINTED COUNSEL. ALTERNATIVELY, IF APPOINTMENT OF COUNSEL IS NOT REQUIRED BY DUE PROCESS, THE ISSUES PRESENTED "ARE SUFFICIENTLY COMPLEX AND NUMEROUS THAT APPOINTMENT OF COUNSEL WOULD BENEFIT BOTH [PETITIONER] AND THE COURT BY ALLOWING COUNSEL TO DEVELOP [PETITIONER'S] ARGUMENTS AND FOCUS THE COURT'S ANALYSIS." Battle v. Armontrout, supra, 902 F. 2d AT 702.

CONCLUSION

FOR THE FOREGOING REASONS, PETITIONER RESPECTFULLY REQUEST THAT HIS MOTION FOR APPOINTMENT OF COUNSEL BE GRANTED.

DATED: FEBRUARY 22, 2008

RESPECTFULLY SUBMITTED,

Malik Ali Muhammad

PETITIONER, PRO SE

DECLARATION OF PETITIONER MALIK ALI MUHAMMAD

I, MALIK ALI MUHAMMAD DECLARE:

1. I AM THE PETITIONER IN THIS ACTION.

2. I AM PRESENTLY INCARCERATED AT THE CALIFORNIA SUBSTANCE ABUSE TREATMENT FACILITY AND STATE PRISON IN CORCORAN, CALIFORNIA.

3. I HAVE BEEN INCARCERATED CONTINUOUSLY SINCE FEBRUARY 23, 2004.

4. I HAVE NOT BEEN GAINFULLY EMPLOYED SINCE OCTOBER 2002.

5. THE ESTIMATED VALUE (TOTAL) OF MY PRESENT ASSETS IS LESS THAN $1200. (SEE PETITIONER EXHIBIT 1.)

6. I HAVE NO IMMEDIATE FAMILY MEMBERS TO PROVIDE FINANCIAL ASSISTANCE TO ME.

7. ON FEBRUARY 19, 2008, I WAS INFORMED BY CDC OFFICIALS THAT DUE TO PAST AND PRESENT HEALTH PROBLEMS AND COMPLICATIONS, (i.e. PROSTATE CANCER, CHRONIC BRONCHITIS, ASTHMA, ALLERGIES, ETC.), I WILL BE TRANSFERRED TO ANOTHER FACILITY WITHIN THE VERY NEAR FUTURE. BE ADVISED THAT UPON TRANSFER,

PETITIONER WILL BE ASSIGNED TO "ORIENTATION" STATUS, HENCE, PRECLUDED FROM PRIVILEGES SUCH AS LIBRARY ACCESS, ETC. ADDITIONALLY, THERE IS A SUBSTANTIAL LIKELIHOOD THAT PETITIONER WILL BE DEPRIVED OF THE POSSESSION OF ALL PERSONAL PROPERTY DURING SUCH PERIOD, INCLUDING BUT NOT LIMITED TO LEGAL MATERIAL AND FILES AND ALL OTHER MISCELLANEOUS ITEMS SUCH AS PENS, PAPER, STAMPS, ENVELOPES, ETC.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

EXECUTED ON FEBRUARY 22, 2008, AT CORCORAN, CA.

Malik Ali Muhammad

MALIK ALI MUHAMMAD

PETITIONER, PRO SE

EPORT ID: TS3030 .701 REPORT DATE: 02/19/08
PAGE NO: 1

CALIFORNIA DEPARTMENT OF CORRECTIONS
SATF/SP AT CORCORAN
INMATE TRUST ACCOUNTING SYSTEM
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: JAN. 01, 2008 THRU FEB. 19, 2008

CCOUNT NUMBER : V37398 BED/CELL NUMBER: FAB1T1ZZ0000006L
CCOUNT NAME : MUHAMMAD, MALIK ACCOUNT TYPE: I
RIVILEGE GROUP: A

TRUST ACCOUNT ACTIVITY

* RESTITUTION ACCOUNT ACTIVITY

ATE SENTENCED: 06/07/04 CASE NUMBER: 144082
OUNTY CODE: ALA FINE AMOUNT: $ 800.00

| DATE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 1/01/2008 | | BEGINNING BALANCE | | 682.80 |
| 2/08/08 | SU03 | SYS UPDATE - POS | 16.80- | 666.00 |

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED. *

<< NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 0.00 |

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, MALIK ALI MUHAMMAD, declare:

I am over 18 years of age and a party to this action. I am a resident of C SATF, CSP Prison, in the county of KINGS, State of California. My prison address is: P.O. BOX 5248, A-1 22062L, CORCORAN, CA. 93212.

On FEBRUARY 24, 2008 (DATE)

I served the attached: MOTION AND DECLARATION FOR APPOINTMENT OF COUNSEL (NO. C 07-3627 MMC (PR)) (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

STATE OF CALIFORNIA
OFFICE OF THE ATTORNEY GENERAL
455 GOLDEN GATE AVE., SUITE 11000
SAN FRANCISCO, CA. 94102
ATTN: MS. MICHELLE J. SWANSON

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on FEB. 24 2008 (DATE)

Malik Ali Muhammad (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)

::ODMA\PCDOCS\WORDPERFECT\22832\1



CSATF/SP
MALIK ALI MUHAMMAD, V-37398
FACILITY A, BLDG 1, 2206L
P.O. BOX 5248
CORCORAN, CA. 93212

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

94102@3661-C004

LEGAL MAIL - CONFIDENTIAL