1. Malik Ali Muhammad, V-37398
2. CSP, CSATF
3. P.O. Box 5248
4. Corcoran, CA. 93212
5.
6. Petitioner, Pro Se
7.
8.          In the United States District Court
9.         For the Northern District of California
10.              San Francisco Division
11.
12. Malik Ali Muhammad,        No. C 07-3627 MMC (PR)
13.          Petitioner,
14.                             Application For
15.    vs.                      Extension of Time To
16.                             File Opposition To
17. Derral Adams,               Motion To Dismiss
18.          Respondent.
19.
20.     Pursuant to Civil L.R. 6-3 and Habeas L.R. 2254-6,
21. Petitioner hereby request a 60 day extension of time,
22. until April 27, 2008, to file an opposition or state-
23. ment of non-opposition to Respondent's Motion To
24. Dismiss Petitioner's Petition For Writ of Habeas
25. Corpus.
26.     Wherefore, Petitioner respectfully request that
27. this Court grant an extension of time to and
28. including April 27, 2008, in which to file an

1. OPPOSITION OR STATEMENT OF NON-OPPOSITION.
2.
3. DATED: MARCH 11, 2008
4.
5. RESPECTFULLY SUBMITTED,
6.
7. /s/ Malik Ali Muhammad
8. MALIK ALI MUHAMMAD
9. PETITIONER, PRO SE

1  Malik Ali Muhammad, V-37398
2  CSP, CSATF
3  P.O. Box 5248
4  Corcoran, CA. 93212
5
6  Petitioner, Pro Se
7
8            IN THE UNITED STATES DISTRICT COURT
9         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12  MALIK ALI MUHAMMAD,           No. C 07-3627 MMC (PR)
13           PETITIONER,
14                                DECLARATION OF PETITIONER
15       VS.                      IN SUPPORT OF APPLICATION
16                                FOR EXTENSION OF TIME
17  DERRAL ADAMS,                 TO FILE OPPOSITION
18           RESPONDENT.     /
19
20      I, MALIK ALI MUHAMMAD DECLARE:
21
22      I AM THE PETITIONER (IN PERSONA) IN THE ABOVE-
23  ENTITLED ACTION.
24
25      I AM PRESENTLY INCARCERATED AT THE CSP, SATF
26  IN CORCORAN, CALIFORNIA.
27
28      ON OCTOBER 23, 2007, AN ORDER TO SHOW CAUSE IN

-3-

1 THE ABOVE-ENTITLED MATTER WAS ISSUED BY THIS COURT.

2

3   ON FEBRUARY 20, 2008 AND FEBRUARY 27, 2008, I
4 RECEIVED "ACTUAL" SERVICE(S) OF RESPONDENT'S MOTION
5 TO DISMISS PETITIONER'S PETITION FOR WRIT OF HABEAS
6 CORPUS.

7

8   ON FEBRUARY 24, 2008, PETITIONER SERVED UPON RE-
9 SPONDENT A MOTION AND DECLARATION FOR APPOINTMENT
10 OF COUNSEL IN THE ABOVE-ENTITLED MATTER.

11

12   DUE TO MY (PETITIONER) INCARCERATION STATUS, I HAVE
13 LIMITED ACCESS TO THE PRISON LAW LIBRARY AND/OR
14 LEGAL MATERIAL TO ASSIST ME WITH THE ADEQUATE
15 LITIGATION OF THIS MATTER AND PRESERVATION OF THE ISSUES.

16

17   DUE TO THE COMPLEXITY AND MULTIPLICITY OF THE
18 ISSUES AS SET FORTH WITHIN RESPONDENT'S MOTION TO
19 DISMISS, IT IS NECESSARY AND PROPER THAT PETITIONER
20 BE GRANTED AN EXTENSION OF TIME TO FILE A RESPONSE
21 OR STATEMENT OF NON-OPPOSITION TO RESPONDENT'S MOTION
22 TO DISMISS.

23

24   I DECLARE UNDER PENALTY OF PERJURY THAT THE
25 FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

26

27   EXECUTED ON MARCH 11, 2008, AT CORCORAN, CA.

28
                                    Malik AC Muhammad
                                    PETITIONER, PRO SE

-4-

1.
2.
3.
4.
5.
6.
7.       IN THE UNITED STATES DISTRICT COURT
8.     FOR THE NORTHERN DISTRICT OF CALIFORNIA
9.              SAN FRANCISCO DIVISION
10.
11. MALIK ALI MUHAMMAD,
12.          PETITIONER,           C 07-3627 MMC (PR)
13.
14.      VS.                       PROPOSED ORDER
15.
16. DERRAL ADAMS,
17.         RESPONDENT.    /
18.
19.     GOOD CAUSE APPEARING, IT IS HEREBY ORDERED THAT
20. PETITIONER SHALL FILE WITH THIS COURT AND SERVE UPON
21. RESPONDENT, ON OR BEFORE APRIL 27, 2008, AN OPPOSITION
22. OR STATEMENT OF NON-OPPOSITION TO RESPONDENT'S MOTION
23. TO DISMISS. IF RESPONDENT WISHES TO REPLY TO THE
24. OPPOSITION, HE SHALL DO SO BY FILING A REPLY WITH THE
25. COURT AND SERVING IT ON PETITIONER WITHIN 15 DAYS OF HIS
26. RECEIPT OF THE OPPOSITION.
27.     IT IS SO ORDERED.
28. DATED:                THE HONORABLE MAXINE M. CHESNEY

# PROOF OF SERVICE BY MAIL

## BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5; 28 U.S.C. § 1746)

I, MALIK ALI MUHAMMAD, declare:

I am over 18 years of age and a party to this action. I am a resident of CSP, CSATF Prison, in the county of KINGS, State of California. My prison address is: P.O. Box 5248 A-1 2206L, CORCORAN, CA. 93212.

On MARCH 11, 2008 (DATE),

I served the attached: APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO MOTION TO DISMISS AND PROPOSED ORDER (DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

```
STATE OF CALIFORNIA
OFFICE OF THE ATTORNEY GENERAL
455 GOLDEN GATE AVE., SUITE 11000
SAN FRANCISCO, CA. 94102
ATTN: MS. MICHELLE J. SWANSON
```

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on MARCH 11, 2008 (DATE)    Malik Ali Muhammad (DECLARANT'S SIGNATURE)

Civ-69 (Rev. 9/97)                                      ::ODMA\PCDOCS\WORDPERFECT\22832\1

SATF/SP
MALIK A. MUHAMMAD, V-37348
Facility A, Bldg 1, 120 6L
P.O. Box 5248
CORCORAN, CA. 93212

— LEGAL MAIL — CONFIDENTIAL

BAKERSFIELD CA 933
12 MAR 2008 PM

LET US DARE TO READ, THINK, SPEAK AND WRITE

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102