FILED

March 25, 2008

MAR 2 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office of the Clerk, U.S. District Court

Northern District of California

450 Golden Gate Avenue.

San Francisco, CA. 94102


Attn: The Honorable Maxine M. Chesney


Re: Case No. C 07-3627 MMC (PR)


Please take notice of my new mailing address:

    Malik Ali Muhammad #V-37398

    CRC Bldg 402 / 127 Low

    P.O. Box 3535

    Norco, CA. 92860


Please forward all future documents and/or correspondences to the above stated address.

Thank you.


Sincerely,

Malik Ali Muhammad #V-37398

MALIK ALI MUHAMMAD #V-37398
CRC BLDG 402/129 LOW
P.O. BOX 3535
NORCO, CA. 92860

CONFIDENTIAL



MAIL GENERATED FROM
CA REHAB CENTER
CRC STATE PRISON

02 1M
0004222768
MAILED MAR 26 2008
MAILED FROM ZIPCODE 92860
$ 00.

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102

94102-3661



CONFIDENTIAL