April 30, 2008

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA. 94102

FILED
MAY 05 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Attn: The Honorable Maxine M. Chesney

Re: No. C 07-3627 MMC (PR)

Dear Honorable Judge Chesney,

I have forwarded this letter to serve as an inquiry regarding the status of my previously filed motion for appointment of counsel (February 22, 2008).

Additionally, be advised that on February 1, 2008, I was relocated from C.S.P., Corcoran, California to C.S.P., (SATF), Corcoran, California, and then again on March 19, 2008 from C.S.P. (SATF) to C.S.P., Norco, CA. On both occasions of my relocation I have forwarded notices of changes of address, (February 19, 2008 and March 25, 2008 respectively).

Please acknowledge receipt of this correspondence at your earliest convenience. Thank you very much for your assistance.

Sincerely,

Mark Ali Muhammad    V-37398

Malik Ali Muhammad V-37398
CRC 402-27 Low
P.O. Box 3535
Norco, CA. 92860

Legal mail - Confidential

Office of the Clerk, U.S. District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA. 94102

MAIL GENERATED FROM
CA REHAB CENTER
CRC STATE PRISON



UNITED STATES POSTAGE
PITNEY BOWES
02 1M
0004222768
$ 00.41⁰
MAY 01 2008
MAILED FROM ZIPCODE 92860

9410 2839 6610 0004