IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MALIK ALI MUHAMMAD,

        Petitioner,

  v.

DERRAL ADAMS,

        Respondent.
                                    /

No. CV-07-3627 MMC (PR)

**JUDGMENT IN A CIVIL CASE**

    **( )  Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** respondent's motion to dismiss the petition as untimely is hereby GRANTED and the petition for a writ of habeas corpus is hereby DISMISSED.

Dated: July 23, 2008                                         Richard W. Wieking, Clerk

                                                                        By: Tracy Lucero
                                                                        Deputy Clerk