1  Malik Ali Muhammad, V-37398
2  C.S.P. C.R.C. 402 / 27 Low
3  P.O. Box 3535
4  Norco, CA 92860
5
6  Petitioner, In Pro Per
7
8              IN THE UNITED STATES DISTRICT COURT
9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11
12 | Malik Ali Muhammad         )   No. C07-3627 MMC (PR)
                               )
13 |     Petitioner,            )   **NOTICE OF APPEAL**
                               )
14                             )
                               )
15 |     vs.                   )
                               )
16                             )
                               )
17 | Derral Adams Warden        )
                               )
18 |     Respondent.            )
19

20     Petitioner, Malik Ali Muhammad, appearing in pro per, hereby appeals from the
21 Judgment of the court dismissing the Petition for Writ of Habeas Corpus in the above-
22 entitled action. Said Judgment was entered on July 23, 2008, By Hon. Maxine M. Chesney.
23 Concurrently herewith, Petitioner requests that the District Court issue a Certificate of
24 Appealability. An application for COA is being contemporaneously filed.
25
26 Dated: _August 20, 2008_                     _/s/ Malik Ali Muhammad_
                                                 Malik Ali Muhammad
27
28                                               Petitioner, In Propria Persona

FILED
08 AUG 25 PM 2:27
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRC BLDG 402-27 Low
P.O. Box 3535
Norco, CA. 92860

RECEIVED
AUG 2 5 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA. 94102



MAIL GENERATED FROM
CA REHAB CENTER
CRC STATE PRISON