1  Malik Ali Muhammad, V-37398

2  CSP, CRC 402/27 Low

3  P.O. Box 3535

4  Norco, Ca. 92860

5  

6  Petitioner, Pro Se

7  

8         In The United States District Court

9      For The Northern District Of California

10  

11  

12  Malik Ali Muhammad              No. C 07-3627 MMC (PR)

13         Petitioner,

14                                  Motion For Leave To

15          vs                      Proceed On Appeal In

16                                  Forma Pauperis

17  DArral Adams, Warden

18         Respondent.

19  

20    Petitioner moves the Court For An Order permitting

21  Him To Prosecute An Appeal From the Judgment entered

22  In This Case on July 23, 2008, In Forma Pauperis, Under

23  The Provisions Of Title 28 U.S.C. § 1915. Petitioner's

24  Affidavit In Support Of This Motion Is Attached.

25  

26  Dated: August 20, 2008         /s/ Malik Ali Muhammad

27                                  Petitioner, Pro Se

28

# Form 4.
## Affidavit to Accompany Motion for
## Leave to Appeal in Forma Pauperis

United States District Court for the District of *NORTHERN DISTRICT OF CALIFORNIA*

A.B., ~~Plaintiff~~ *MALIK ALI MUHAMMAD*
*PETITIONER*

v.                                    Case No. *C07-3627 MMC (PR)*
*DERRAL ADAMS, WARDEN*
*RESPONDENT*
C.D., ~~Defendant~~

| Affidavit in Support of Motion | Instructions |
|---|---|
| I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct.(28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Signed: *Malik Ali Muhammad* | Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number.

Date: *AUGUST 20, 2008* |

**My issues on appeal are:** *1) DENIAL OF DUE PROCESS 2) DENIAL OF EQUAL PROTECTION 3) DENIAL OF FREEDOM OF SPEECH 4) UNCONSTITUTIONALLY VAGUE AND AMBIGUOUS 5) UNCONSTITUTIONALLY OVERLY BROAD 6) VIOLATION OF SEPARATION OF POWERS 7) LACK OF JURISDICTION 8) OBSTRUCTION OF JUSTICE 9) INEFFECTIVE ASSISTANCE OF COUNSEL 10) PROCEDURAL ERROR REGARDING TIMELINESS OF FILING PETITION*

1. For both you and you spouse estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | **You** | **Spouse** | **You** | **Spouse** |
| Employment | $ 8.00 | $ -0- | $ -0- | $ -0- |
| Self-employment | $ -0- | $ -0- | $ -0- | $ -0- |
| Income from real property (such as rental income) | $ -0- | $ -0- | $ -0- | $ -0- |
| Interest and dividends | $ -0- | $ -0- | $ -0- | $ -0- |

87

| | | | | |
|---|---|---|---|---|
| Gifts | $ 0 | $ 0 | $ 0 | $ 0 |
| Alimony | $ 0 | $ 0 | $ 0 | $ 0 |
| Child support | $ 0 | $ 0 | $ 0 | $ 0 |
| Retirement (such as social security, pensions, annuities, insurance | $ 0 | $ 0 | $ 0 | $ 0 |
| Disability (such as social security, insurance payments) | $ 0 | $ 0 | $ 0 | $ 0 |
| Unemployment payments | $ 0 | $ 0 | $ 0 | $ 0 |
| Public-assistance (such as welfare) | $ 0 | $ 0 | $ 0 | $ 0 |
| Other (specify):_____ | $ 0 | $ 0 | $ 0 | $ 0 |
| **Total Monthly income:** | $ 96.00 | $ 0 | $ 0 | $ 0 |

2. *List your employment history, most recent employer first.  (Gross monthly pay is before taxes or other deductions)*

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| CDC *R | CSP, CEC | April - May 2008 / 2005 / 2008 | $10.00 |
| CDC *P | CSP, Corcoran | OCTOBER - JAN. 2000 2002 | $16.00 |
| STATE OF CALIF | CAL-STATE UNIV, HAYWARD, CA. | SEPT - OCT 2000 - 2002 | $1800.00 |

3. *List your spouses's employment history, most recent employer first.  (Gross monthly pay is before taxes or other deductions)* NONE / DIVORCED

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |
| 0 | 0 | 0 | 0 |

4. *How much cash do you and your spouse have?* $ 50.00 (APPROX.) / BANK Acct. (SEE BELOW)
   Below, state any money you or your spouse have in bank accounts or in any other financial institution.

88

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| BANK OF THE WEST | CHECKING | $ 50.00 | $ 0 |
| | | $ | $ |
| | | $ | $ |

**If you are a prisoner, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

*5. List the assets, and their values, which you or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home | (Value) | Other real estate | (Value) | Motor Vehicle #1 | (Value) |
|---|---|---|---|---|---|
| NONE | | NONE | | Make & year: NONE | |
| | | | | Model: | |
| | | | | Registration #: | |

| Motor Vehicle #2 | (Value) | Other assets | (Value) | Other assets | (Value) |
|---|---|---|---|---|---|
| Make & year: N/A | | | | | |
| Model: | | | | | |
| Registration #: | | | | | |

*6. State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| NONE | | |
| | | |
| | | |

*7. State the persons who rely on you or your spouse for support.*

| Name | Relationship | Age |
|---|---|---|
| NONE | | |
| | | |
| | | |

89

8. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

|  | You | Spouse |
|---|---|---|
| Rent or home mortgage payment (include lot rented for mobile home) | $ _N/A_ | $ _N/A_ (_INCARCERATED_) |
|     Are any real estate taxes included? ☐ Yes  ☐ No | | |
|     Is property insurance included?    ☐ Yes  ☐ No | | |
| Utilities (electricity, heating fuel, water, sewer, and Telephone) | $_____ | $_____ |
| Home maintenance (repairs and upkeep) | $_____ | $_____ |
| Food | $_____ | $_____ |
| Clothing | $_____ | $_____ |
| Laundry and dry-cleaning | $_____ | $_____ |
| Medical and dental expenses | $_____ | $_____ |
| Transportation (not including motor vehicle payments) | $_____ | $_____ |
| Recreation, entertainment, newspapers, magazines, etc. | $_____ | $_____ |
| Insurance (not deducted from wages or included in Mortgage payments) | $_____ | $_____ |
|     Homeowner's or renter's | $_____ | $_____ |
|     Life | $_____ | $_____ |
|     Health | $_____ | $_____ |
|     Motor Vehicle | $_____ | $_____ |
|     Other:_____ | $_____ | $_____ |
| Taxes (not deducted from wages or included in Mortgage payments)(specify):_____ | $_____ | $_____ |

90

| | | |
|---|---|---|
| Installment payments | $_____ | $_____ |
|    Motor Vehicle | $_____ | $_____ |
|    Credit card (name):_____ | $_____ | $_____ |
|    Department store (name):_____ | $_____ | $_____ |
|    Other:_____ | $_____ | $_____ |
| Alimony, maintenance, and support paid to others | $_____ | $_____ |
| Regular expenses for operations of business, profession, or farm (attach detailed statement) | $_____ | $_____ |
| Other (specify):_____ _____ | $_____ | $_____ |
| **Total monthly expenses**: | $___0___ | $___0___ |

*9. Do you expect any major changes to your monthly income or expenses in your assets or liabilities during the next 12 months?*
□ Yes ☒ No                    If yes, describe on an attached sheet.

*10. Have you paid — or will you be paying — an attorney any money for services in connection with this case, including the completion of this form?* □ Yes ☒ No

If yes, how much? $_____

If yes, state the attorney's name, address, and telephone number:

_____

_____

_____

*11. Have you paid — or will you be paying — anyone other than an attorney (such as a paralegal or a typist) any money for services in connection with this case, including the completion of this form?*
□ Yes ☒ No

If yes, how much? $_____

91

If yes, state the person's name, address, and telephone number:

_____

_____

_____

*12. Provide any other information that will help explain why you cannot pay the docket fees for your appeal.* I AM PRESENTLY INCARCERATED AND HAVE BEEN SO SINCE FEBRUARY, 2004. PRIOR TO THAT TIME, MY LAST DATE OF GAINFUL EMPLOYMENT WAS OCTOBER, 2002.

*13. State the address of your legal residence.*

CSP, CRC 402-27 LOW
P. O. BOX 3535
NORCO, CA. 92860

Your daytime phone number: (_____) N/A_____

Your age: 62      Your years of schooling: 19

92

```
T ID: TS3030  .701                              REPORT DATE: 06/11/08
                                                PAGE NO:           1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                        CALIF. REHABILITATION CENTER
                        INMATE TRUST ACCOUNTING SYSTEM
                        INMATE TRUST ACCOUNT STATEMENT

            FOR THE PERIOD: MAR. 01, 2008 THRU JUN. 11, 2008
```

```
INT NUMBER : V37398                     BED/CELL NUMBER: 4 0200000000027L
INT NAME   : MUHAMMAD, MALIK                ACCOUNT TYPE: I
LEGE GROUP : A
```

## TRUST ACCOUNT ACTIVITY

| TRAN CODE | DESCRIPTION | COMMENT | CHECK NUM | DEPOSITS | WITHDRAWALS | BALANCE |
|---|---|---|---|---|---|---|
| 1/2008 | BEGINNING BALANCE | | | | | 0.00 |
| 1 D320 | TRUST FUNDS T | SATF | 9715 | 33.23 | | 33.23 |
| 0 FC02 | DRAW-FAC 2 | 2ND DRAW | | | 33.00 | 0.23 |
| 6*VD54 | INMATE PAYROL FAC4 05/08 | | | 8.10 | | 8.33 |

### * RESTITUTION ACCOUNT ACTIVITY

```
 SENTENCED: 06/07/04                     CASE NUMBER: 144082
TY CODE: ALA                             FINE AMOUNT: $    800.00
```

| TE | TRANS. | DESCRIPTION | TRANS. AMT. | BALANCE |
|---|---|---|---|---|
| 1/2008 | | BEGINNING BALANCE | | 666.00 |
| )6/08 | VR54 | RESTITUTION DEDUCTION-SUPPORT | 9.00- | 657.00 |

```
 * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
 * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

### TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 0.00 | 41.33 | 33.00 | 8.33 | 0.00 | 0.00 |

| CURRENT AVAILABLE BALANCE |
|---|
| 8.33 |

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
CALIFORNIA DEPARTMENT OF CORRECTIONS
By