1  MALIK ALI MUHAMMAD, V-37398
2  CSP, CRC 402/27 LOW
3  P.O. Box 3535
4  Norco, CA. 92860
5
6  Petitioner, Pro Se
7
8           IN THE UNITED STATES DISTRICT COURT
9         FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11 MALIK ALI MUHAMMAD            No. C 07-3627 MMC (PR)
12            Petitioner,
13                                ORDER GRANTING LEAVE
14         vs.                    TO PROSECUTE APPEAL
15                                IN FORMA PAUPERIS
16 DERREL ADAMS, WARDEN
17          RESPONDENT
18
19    PETITIONER HAS ASKED THIS COURT TO AUTHORIZE HIM TO
20 PROSECUTE AN APPEAL FROM THE JUDGEMENT ENTERED IN THIS
21 CASE ON JULY 23, 2008, IN FORMA PAUPERIS. THAT MOTION WAS
22 SUPPORTED BY PETITIONER'S AFFIDAVIT, STATING THAT HE IS
23 UNABLE TO PAY THE COST OF AN APPEAL OR GIVE SECURITY
24 THEREFOR. BECAUSE IT APPEARS TO THE COURT THAT THE
25 MOTION SHOULD BE GRANTED,
26    IT IS ORDERED, THAT THE PETITIONER, MALIK ALI MUHAMMAD,
27 IS PERMITTED TO PROSECUTE THIS APPEAL IN FORMA PAUPERIS.
28 DATED: