IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK ALI MUHAMMAD,<br><br>   Petitioner,<br><br>   v.<br><br>DERRAL ADAMS,<br><br>   Respondent.<br>_____ | No. C 07-3627 MMC (PR)<br><br>**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY; DENYING LEAVE TO PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>**(Docket Nos. 18 & 19)** |

On July 13, 2007, petitioner, a California prisoner proceeding pro se, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging a 2003 state court conviction. On July 23, 2008, respondent's motion to dismiss the petition as untimely was granted and judgment was entered. Petitioner has now filed a notice of appeal from the entry of judgment in respondent's favor and a request for a certificate of appealability pursuant to 28 U.S.C. § 2253(c) and Federal Rule of Appellate Procedure 22(b). See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997). Petitioner also seeks leave to proceed in forma pauperis on appeal. Petitioner has not shown, however, "that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). Accordingly, petitioner's requests for a certificate of appealability and to proceed in forma pauperis on appeal are hereby DENIED.

The Clerk shall forward this order, along with the case file, to the United States Court

of Appeals for the Ninth Circuit, from which petitioner may also seek a certificate of appealability.  See Asrar, 116 F.3d at 1270.

This order terminates Docket Nos. 18 and 19.

IT IS SO ORDERED.

DATED: October 28, 2008

MAXINE M. CHESNEY
United States District Judge